UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRO PORRAS-MENDIVELSO,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETNETION CENTER,

Respondent.

No. 1:26-cv-00828-DJC-DMC-HC

ORDER

Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 along with a motion for temporary restraining order. See ECF Nos. 1 and 2. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

The District Judge converted the motion for temporary restraining order to a motion for preliminary injunction and granted the motion, ordering Petitioner be released immediately. See ECF No. 9. The undersigned will direct Respondents to file a notice of compliance with the District Judge's order on or before August 13, 2026.

Respondent previously filed a motion to dismiss, ECF No. 8, but the District Judge denied such motion without prejudice to refiling in compliance with the Local Rules. See ECF No. 9. The court will order Respondent to file a response or motion to dismiss within fourteen (14) days from the date of this order. See 28 U.S.C. § 2243. Petitioner may file a reply/traverse

to the answer or opposition to a motion to dismiss within ten (10) days after being served a copy of it.

Accordingly, IT IS HEREBY ORDERED that:

1. .Respondent is directed to file a notice of compliance with the District Judge's order, ECF No. 9, on or before August 13, 2026.

2. The Clerk of the Court is directed to terminate Respondents' motion to dismiss, ECF No. 8, in accordance with the District Judge's order, ECF No. 9.

3. Respondents are directed to file an answer or motion to dismiss within 14 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

4. Petitioner's reply or opposition, if any, is due on or before 10 days from the date Respondent's response is filed.

Dated: August 6, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE