**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRO PORRAS-MENDIVELSO,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DENTENTION CENTER,<br>Respondent. | No. 1:26-cv-00828-DJC-ICD (HC)<br><br><u>ORDER</u> |

Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On September 29, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. ECF No. 14. No objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 29, 2026, ECF No. 14, are adopted in full.
2. Petitioner's petition for writ of habeas corpus, ECF No. 1, is GRANTED;
3. Respondents are ENJOINED and RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections.
4. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal.
5. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated: **October 30, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE